# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA



FILED
JUN 2 3 2020
Clerk, U S District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**Maliyah Jae Chavez**  No.  CR 20-28-BLG-SPW-TJC-1

DOB: 8/21/2001   PETITION TO OPEN JUVENILE RECORDS

SSN: XXX-XX-1582

Whereas the above-name defendant entered a plea of Guilty to the offense of Possession of Stolen Firearms in violation of 18 U.S.C. § 922(j) and the court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the Defendant, including Law Enforcement, County Probation, County Welfare, and Department of Institutions records, be made available.

_____
U.S. Probation Officer

June 22, 2020
Date

\* \* \* \* \* \* \* \* \* \*
## ORDER
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION; does hereby order the release of pertinent juvenile records held by any Law Enforcement Agency, Probation Office, Welfare Agency, or Department of Institutions to the Petitioner or authorized agency of the Adult Probation and Parole Officer.

_____
United States District Judge

Dated this 22nd day of June, 2020.