IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MALIYAH JAE CHAVEZ,<br><br>　　　　　　　Defendant. | CR 20-28-BLG-SPW-1<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Sentencing currently scheduled for Thursday, November 12, 2020 at 9:30 a.m., is **VACATED** and reset to commence on **Monday, November 23, 2020 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that all deadlines outlined in the Court's Order of July 7, 2020 (Doc. 39) shall remain in effect.

All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 14th day of September, 2020.

                                    SUSAN P. WATTERS
                                    U.S. DISTRICT JUDGE