IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MALIYAH JAE CHAVEZ,<br><br>Defendant. | CR 20-28-BLG-SPW<br><br><br>ORDER |

Due to the recent COVID-19 outbreak, and upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Monday, November 23, 2020 at 1:30 p.m. is **VACATED** and **RESET** to commence **VIA VIDEO** from **Big Horn County Jail (Basin, WY)** on **Monday, November 23, 2020 at <u>9:30 a.m.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this ___9th___ day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE